Katherine Marx, Respondent, v. Ontario Beach Hotel and Amusement Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

William J. Kuntzsch, Appellant, v. Sadie Kuntzsch, as Executrix, etc., of Frederick A. Kuntzsch, Deceased, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., not voting.

Nora McNamara, as Administratrix, etc., Appellant, v. Northern Central Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

A. Frank Warren Real Estate Company, Respondent, v. George W. Haskins, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented.

Kasmier Lewczyk, as Administrator, etc., of Mary Lewczyk, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Otulak and Charles L. Randall, as Administrators, etc., of Steffe Otulak, Deceased, Respondents, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Erie Railroad Company, Appellant, v. Mary Campbell and Winifred Campbell, Respondents.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the finding of the jury that the defendants had title by adverse possession to the premises described in the complaint is contrary to and against the weight of the evidence. All concurred.

Herbert Odell, Respondent, v. Genesee Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Estate of George Heldmann, Deceased. Francisca Hourt, Appellant.— Order made June 27, 1912, affirmed, with ten dollars costs and disbursements to be paid by appellant personally. All concurred.

Richard Apthorp, as Administrator, etc., of Mary L. Apthorp, Deceased, Respondent, v. Alfred J. Thurston, as Administrator, etc., of Mary Ann Piper, Deceased, Appellant.— Order granting motion as to costs reversed, with ten dollars costs and disbursements, and motion denied. All concurred.

Adam Dickey, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Sherman Putney, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Claude V. Stowell, as Sole Trustee in Bankruptcy of Jacob Keigler, Bankrupt, Appellant, v. Margaret M. Keigler and Jacob Keigler, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the evidence conclusively shows that the transfer was made with intent to hinder and defraud creditors; Foote, J., not sitting.